UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PUBLIX ASSET MANAGEMENT COMPANY AND
PUBLIX SUPER MARKETS, INC.,

    *Plaintiffs*,

v.                                                NO. 8:21-CV-02404

PHARMAPACKS, LLC AND
PACKABLE HOLDINGS, LLC,

    *Defendants.*

---

## DEFENDANTS' RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Filed by: **PHARMAPACKS, LLC AND PACKABLE HOLDINGS, LLC**

**Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:**

1. Packable Holdings, LLC (Defendant)
   Packable is not publicly traded, has no parent corporation, and the following publicly held corporations own 10% or more of its membership interests:
   a. Carlyle Group Inc. through its affiliates and subsidiaries (including Carlyle Partners VII Pacer Holdings, L.P.; CP VII Pacer Holdings, L.P.; CP VII AIF Holdings, S.C.Sp.). *See* www.sec.gov/ix?doc=/Archives/edgar/data/1828817/000110465921129066/htpa-20211022xs4.htm at 262 n.11.
   b. RB Health (US) LLC. *See id.* at 263 n.13.

2. Pharmapacks, LLC (Defendant)
   Pharmapacks is not publicly traded, Packable Holdings, LLC is its parent, and no publicly held corporation owns 10% or more of its membership interests.

3. Highland Transcend Partners I Corp.
   On information and belief, Highland is publicly traded, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

4. Counsel for Defendants:

   ARENT FOX LLP
   Ross Panko, Esq. (*PHV Application forthcoming*)
   *Lead Counsel (per Local Rule 2.02)*
   ross.panko@arentfox.com
   1717 K Street, NW
   Washington, DC 20006-5344
   Tel: (202) 857.6090
   Fax: (202) 857-6395

   RODRIGUEZ, TRAMONT, NUÑEZ, P.A.
   Andrew Tramont, Esq.
   Florida Bar No.: 322830
   avt@rtgn-law.com
   255 Alhambra Circle
   Suite 1150
   Coral Gables, Florida 33134
   Tel: (305) 350-2300
   Fax: (305) 350-2525

5. Companies and persons listed on Plaintiffs' Rule 7.1 disclosure (ECF No. 2).

**Each entity with publicly traded shares or debt potentially affected by the outcome:**

On information and belief, Highland Transcend Partners I Corp. is publicly traded, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Companies listed on Plaintiffs' Rule 7.1 disclosure (ECF No. 2)

**Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:**

None.

**Each person arguably eligible for restitution:**

None.

**If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:**

N/A

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

_____
Andrew V. Tramont, Esq.
Florida Bar No.: 322830

11/3/2021

## Certificate of Service

I HEREBY CERTIFY that on November 3, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF which will send notice of electronic filing to all counsel of record.

                                             /s/ Andrew V. Tramont
                                                Andrew V. Tramont

## Service List

**Dina W. Mckenney**
Holland & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX 75201
214-969-1700

*Attorney for Plaintiffs*

**Justin S. Cohen**
Thompson & Knight, LLP
Suite 1500
1722 Routh St
Dallas, TX 75201-2533
214/969-1211
Fax: 214/999-1565
Email: justin.cohen@tklaw.com

*Attorney for Plaintiffs*

**Anthony J. Palermo**
Holland & Knight LLP
100 N Tampa St Ste 4100
Tampa, FL 33602
813/227-6320
Email: anthony.palermo@hklaw.com

*Attorney for Plaintiffs*