**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

----------------------------------------------------------- X

Publix Asset Management Company
and
Publix Super Markets, Inc.

                  Plaintiffs,               8:21-cv-02404-MSS-TGW

v.

Pharmapacks, LLC and
Packable Holdings, LLC

                Defendants.
----------------------------------------------------------- X

## VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

**PURSUANT TO LOCAL RULE 2.01(c)** of the United States District Court for the Middle District of Florida, I, Ross Q. Panko, hereby move for entry of an Order for admission to practice *Pro Hac Vice* to appear as Attorney for Pharmapacks, LLC and Packable Holdings, LLC, in the above-captioned action, and in support of the Motion state:

1.    I am an attorney in the law firm of Arent Fox LLP, 1717 K Street, NW, Washington, DC 20006.  I am not a Florida resident and I am not a member in good standing of The Florida Bar.

1

2. I am a member in good standing of the bars of the State of Maryland since December 2004 and the District of Columbia since October 2005, and the bars of the following United States district courts:

- U.S. District Court for the District of Maryland

- U.S. District Court for the District of Colorado

- U.S. Court of Appeals for the Second Circuit

- U.S. Court of Appeals for the Fourth Circuit

3. I have not abused the privilege of special admission by maintaining a regular practice of law in Florida.

4. In the last thirty-six months, I have appeared in one case in Florida, which was in state court in the 11th Judicial Circuit, Miami-Dade County, Florida, General Jurisdiction Division: *Virginia Vallejo v RCN Television, S.A.*, No. 2018-013927-CA-31.

5. I have not been disciplined, censured, suspended, disbarred in any manner by any jurisdiction, denied admission or readmission by any court and do not have any pending disciplinary proceedings.

6. I have significant familiarity with Defendants and the matters involved in this litigation and the Defendants desire that I fully participate in this action.

7.     I have reviewed all applicable provisions of the Rules of Judicial Administration and the Rules Regulating the Florida Bar and this motion is in full compliance therewith.

8.     I will be associated in this action with Andrew V. Tramont for the purposes of representation of this case. Mr. Tramont, a duly licensed and resident member of the bar of this Court, Florida Bar No. 322830, of the law firm Rodriguez Tramont & Nuñez, P.A., 255 Alhambra Circle, Suite 1150, Coral Gables, FL 33134, is a member in good standing of The Florida Bar and the bar of the Middle District.   Undersigned counsel understand that a written designation and consent to act as local counsel are no longer required under the revised Local Rules. (*See* Order (Doc. 23) at 1.)

WHEREFORE, by and through the undersigned counsel, I respectfully request to be admitted to appear *pro hac vice* on behalf of Defendants in this action, that Andrew V. Tramont be designated as local co-counsel, and that an Order be issued to that effect.

## **VERIFICATION OF MOTION**

Under the penalty of perjury, I declare that I have read the foregoing Verified Motion for Admission Pro Hac Vice and Designation of Counsel, and that the facts stated in it are true.

3

Dated: November 15, 2021                    Respectfully Submitted,

By: /s/ Ross Q. Panko
**Ross Q. Panko**
State Bar of Maryland: CPF #0412150148
US District Court, District of Maryland Bar
number: 29079
Ross.Panko@arentfox.com
*Lead Counsel (per Local Rule 2.02)*
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006-5344
Tel: (202) 857-6000
Fax: (202) 857-6395

**Andrew V. Tramont**
Florida Bar No. 322830
avt@rtgn-law.com
Rodriguez Tramont & Nuñez, P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, FL 33134
Tel: (305) 350-2300
Fax: (305) 350-2525

*ATTORNEYS FOR DEFENDANTS*
*PHARMAPACKS, LLC AND*
*PACKABLE HOLDINGS, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2021, a true and correct

copy of the foregoing has been furnished by electronic filing with the Clerk

of the Court via CM/ECF which will send notice of electronic filing to all

counsel of record.

/s/ Andrew V. Tramont
Andrew V. Tramont

## Service List

**Dina W. Mckenney**
Holland & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, TX 75201
214-969-1700

*Attorney for Plaintiffs*

**Justin S. Cohen**
Thompson & Knight, LLP
Suite 1500
1722 Routh St
Dallas, TX 75201-2533
214/969-1211
Fax: 214/999-1565
Email: justin.cohen@tklaw.com

*Attorney for Plaintiffs*

**Anthony J. Palermo**
Holland & Knight LLP
100 N Tampa St Ste 4100
Tampa, FL 33602
813/227-6320
Email: anthony.palermo@hklaw.com

*Attorney for Plaintiffs*