UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PUBLIX ASSET MANAGEMENT COMPANY AND PUBLIX SUPER MARKETS, INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>PHARMAPACKS, LLC AND PACKABLE HOLDINGS, LLC<br><br>*Defendants*. | 8:21-CV-2404-MSS-TGW |

## JOINT NOTICE OF CONFIDENTIAL SETTLEMENT

Pursuant to Local Rule 3.09, Plaintiffs Publix Asset Management Company and Publix Supermarkets, Inc. and Defendants Pharmapacks, LLC and Packable Holdings, LLC hereby notify the Court that they have reached a settlement in principle, and are in the process of finalizing the written and confidential settlement agreement to resolve this matter.

Pursuant to Local Rule 3.09, the Parties respectfully request that the Court enter an order that the case be dismissed subject to the right of the Parties to file a motion for the purpose of entering a stipulated final order or a judgment or for further proceedings within 60 days.

Respectfully submitted on March 4, 2022,

**HOLLAND & KNIGHT LLP**

*/s/ Justin S. Cohen*
**Justin S. Cohen**
Texas Bar No. 24078356
Justin.Cohen@hklaw.com
  *Lead Counsel (per Local Rule 2.02)*
**Dina W. McKenney**
Texas Bar No. 24092809
Dina.McKenney@hklaw.com

One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

**Anthony J. Palermo**
Florida Bar No. 98716
anthony.palermo@hklaw.com
100 North Tampa Street, Suite 4100
Tampa, Florida 33602
Telephone: (813) 227-8500
Facsimile: (813) 229-0134

**Sydney Alexander**
Florida Bar No. 1019569
Sydney.Alexander@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305-374-8500
Facsimile: 305-789-7799

ATTORNEYS FOR PLAINTIFFS
PUBLIX ASSET MANAGEMENT COMPANY AND
PUBLIX SUPER MARKETS, INC.

   */s/ Andrew Tramont*
Ross Q. Panko (admitted *Pro Hac Vice*)
ARENT FOX LLP
ross.panko@arentfox.com
1717 K Street, NW
Washington, DC 20006-5344
Tel: (202) 857-6000
Fax: (202) 857-6395

Andrew Tramont, Esq.
Florida Bar No.: 322830
RODRIGUEZ, TRAMONT, NUÑEZ, P.A.
avt@rtgn-law.com
255 Alhambra Circle
Suite 1150
Coral Gables, Florida 33134
Tel: (305) 350-2300
Fax: (305) 350-2525

*Counsel for Defendants Pharmapacks, LLC
and Packable Holdings, LLC*