AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Middle District of Florida  on the following

☒ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:21-cv-2404-MSS-TGW | DATE FILED<br>October 13, 2021 | U.S. DISTRICT COURT<br>Middle District of Florida |
|---|---|---|
| PLAINTIFF<br><br>PUBLIX ASSET MANAGEMENT COMPANY, et al. | | DEFENDANT<br><br>PHARMAPACKS, LLC, et al. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

***ORDER OF DISMISSAL***

| CLERK<br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br>Lourdes Del Rio | DATE<br>March 8, 2022 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**