# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**PUBLIX ASSET MANAGEMENT COMPANY and PUBLIX SUPER MARKETS, INC.,**

      Plaintiffs,

v.                                      Case No: 8:21-cv-2404-MSS-TGW

**PHARMAPACKS, LLC and PACKABLE HOLDINGS, LLC,**

      Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 4, 2022, the Parties filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 42) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of March 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 1 -

Copies furnished to:
Counsel of Record
Any pro se party